Michael Manning
12/31/2025
Michael Manning vs. Carteret Police Department
NJ Supreme Court

My name is Michael Manning and I'm writing this court regarding a matter that is hindering my process of joining the military. I was wrongfully accused of a crime that I am being penalized for. Code of conduct has been violated which deteriorates the integrity of the justice system. With the US courts governing the citizens of the US giving us a voice, I'm writing because some may feel that they can do whatever they want and can get away with it. I've written the courts in the corresponding jurisdiction about the police department and they haven't correctly answered as I filled out the form. While the court helps bring some to justice they seem to assist in the deterioration of some willingly. The requirements of being a police officer is just to graduate high school and be of a certain age. While I possess more knowledge than that of the basic requirement, I'm not being treated as such. I was detained and booked the same day using the funds that were used to protect the community from criminals. As a citizen, I'm being charged to file a complaint while those whose job is to protect and serve get paid to bestow judgement as they see fit. I would like for those responsible to be penalized(fined and arrested) and my record expunged so that I may continue with my life.